In re CITY OF MT. VERNON. Respondent. (Supreme Court, Appellate Division, Second Department. January 30, 1902.) In the matter of the application of the city of Mt. Vernon for the appointment of commissioners in re Fourth street. George W. Weeks, executor, appeals. No opinion. Motion denied.

CLARK. Respondent, v. MacMASTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 3, 1901.) Action by Paul R. Clark against Charles E. MacMaster. No opinion. Judgment and order of county court affirmed, with costs.

CLARK, Appellant, v. PEMBERTON, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) Action by Elizabeth A. Clark against William H. Pemberton. No opinion. Motion denied.

COLLINS, Appellant, v. AMERICAN NEWS CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. January 24, 1902.) Action by John T. Collins against the American News Company and others. A. Furber, for appellant. F. Bartlett, for respondents. No opinion. Judgment (69 N. Y. Supp. 638) affirmed, with costs, on opinion of court below.

COLLINS, Respondent, v. FOWLER, Appellant. (Supreme Court, Appellate Term, October, 1901.) Action by Kate J. Collins against Anderson Fowler. Weiser & Bridges (Rastus S. Ransom and Henry W. Bridges, of counsel), for appellant. Howe & Hummel, for respondent. No opinion. Judgment (71 N. Y. Supp. 1134) appealed from affirmed, with costs.

COMLEY v. SELOVER. (Supreme Court, Appellate Division, Fourth Department. January 28, 1902.) Action by Mary J. Comley against Grace E. Selover, as executrix, etc. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to the court of appeals denied.

In re CONLON'S ESTATE. (Supreme Court, Appellate Division, First Department. February 7, 1902.) In the matter of John P. Conlon, deceased. G. M. Schultz, for appellant. J. A. Boylan, for respondent. No opinion. Judgment affirmed, with costs.

COOPER, Appellant, v. HEATHERTON, Respondent. (Supreme Court, Appellate Division, Second Department. December 23, 1901.) Action by Frank Cooper, as trustee, etc., against James M. Heatherton, individually and as trustee, etc. No opinion. Motion to amend judgment, so that the sale authorized shall cover all of the property in question, granted.

COROTINSKY, Respondent, v. MAIMIN, Appellant. (City Court of New York, General Term. December, 1901.) Action by Ephraim Corotinsky against Harry Maimin, the name Harry being fictitious, etc. Frederick J. Mos-

es, for appellant. John Bogart, for respondent. No opinion. Judgment and order appealed from affirmed, with costs.

CROFOOT et al., Respondents, v. TULLY PIPE LINE CO., Appellant. (Supreme Court. Appellate Division, Third Department. December 31, 1901.) Action by David O. Crofoot and another against the Tully Pipe Line Company. No opinion. Order affirmed, with $10 costs and disbursements.

CROOKS et al., Appellants, v. PEOPLE'S NAT. BANK OF MALONE, Respondent. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by George W. Crooks, as trustee in bankruptcy of the estates of Howard E. King and the firm of H. E. King & Son, bankrupts, against the People's National Bank of Malone. No opinion. Reargument ordered.

CSATLOS v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. January 24, 1902.) Action by William Csatlos against the Metropolitan Street Railway Company. No opinion. Motion denied.

CULLINAN, State Excise Com'r, Respondent, v. FIDELITY & DEPOSIT CO. OF MARYLAND, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 28, 1901.) Action by Patrick W. Cullinan, as state commissioner of excise, against the Fidelity & Deposit Company of Maryland, impleaded with William Texter. No opinion. Judgment affirmed, with costs.

CUTTING et al., Appellants, v. BALTIMORE & O. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 30, 1902.) Action by Robert L. Cutting and Ross R. Auld, on behalf of the stockholders of the Staten Island Rapid Transit Railroad Company, against the Baltimore & Ohio Railroad Company and others. No opinion. Motion for reargument denied.

In re DALY, Commissioner. (Supreme Court, Appellate Division, Second Department. December 23, 1901.) In the matter of the application of Michael T. Daly, as commissioner, etc., to acquire certain real estate, etc., Mt. Kisco. No opinion. Reargument ordered for Wednesday, January 8, 1902.

DARLING, Respondent, v. LACKNER, Appellant. (Supreme Court, Appellate Term. December, 1901.) Action by Elmer A. Darling, as executor, etc., of Alfred B. Darling, landlord, against John Lackner, sued as John Lockner, tenant. Samuel W. Bower (Thomas A. Atchison, of counsel), for appellant. Justin S. Galland, for respondent. No opinion. Affirmed, under Wulff v. Cilento, 28 Misc. Rep. 551, 59 N. Y. Supp. 525, with costs.

DAVID STEVENSON BREWING CO., Appellant, v. JORDAN, Respondent. (Supreme Court, Appellate Division, Second Department.